**STATE of Missouri, Respondent,**

v.

**Michael WEEMS, Appellant.**

No. 64409.

Missouri Court of Appeals,
Eastern District,
Division One.

June 21, 1994.

S. Paige Canfield, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

**ORDER**

PER CURIAM.

Defendant appeals his convictions for second degree murder and armed criminal ac-

tion. We find no error in his convictions. Further, we find an opinion addressing his points of error would serve no jurisprudential purpose and we affirm by written summary order. Rule 30.25(b). A memorandum has been provided to the parties for their use only.

Judgment affirmed.